

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2022

No. 04-22-00129-CV

**IN THE INTEREST OF K.S.**, a Child,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-08-00147-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's (R.S) Second Motion for Extension of Time to file Appellants' Brief is hereby GRANTED. Appellant's brief is due on or before June 20, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court